IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RANDAL SCOTT DENTON, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 13-00281-WS-N |
| SAM COCHRAN, et al, | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 16th day of September, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE